# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 23, 2023

## NO. 03-22-00507-CR

**Jordan L. Walker, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 264TH DISTRICT COURT OF BELL COUNTY
## BEFORE JUSTICES BAKER, SMITH, AND JONES
## DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE BAKER

This is an appeal from the judgment of conviction entered by the trial court. Appellant has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows appellant to withdraw her notice of appeal, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.